UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>RICHARD OTTO DENZLER, Debtor | Case No.: 19-31299<br>Chapter: 13<br>Judge: Christine M. Gravelle |

### NOTICE OF PROPOSED PRIVATE SALE

_____Richard Denzler_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___February 19, 2020___ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 123 Evergreen Avenue, Neptune, NJ 07753

Proposed Purchaser: Oyster Point Investments LLC

Sale price: 75,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Pittenger Realty /Pittenger Realty/ William H. Oliver, Jr.
Amount to be paid: 3% of Sale Price/3% of Sale Price/Amount as will appear in HUD
Services rendered: Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-31299-CMG
Richard Otto Denzler                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Jan 16, 2020
                              Form ID: pdf905           Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             +Richard Otto Denzler,    123 Evergreen Avenue,    Neptune, NJ 07753-6372
518563859      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:   Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
518563858      +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518563861      +Delmarva Col,    Pob 37,   Salisbury, MD 21803-0037
518563860      +Delmarva Col,    Attn: Bankruptcy Department,    820 East Main Street,    Salisbury, MD 21804-5025
518563863      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695)
518563884       The Bank of New York Mellon,    c/o Parker McCay PA,    9000 Midlantic Dr.,    Ste. 300,
                 Mount Laurel, NJ 08054-1539
518612358      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518563862       E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 23:45:28      Internal Revnue Services,
                 Special Procedures,    Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081
518661233      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 00:03:29      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518563885*      The Bank of New York Mellon,    c/o Parker McCay PA,    9000 Midlantic Dr.,    Ste. 300,
                 Mount Laurel, NJ 08054-1539
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Richard Otto Denzler woliver@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 4
```