UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RICHARD OTTO DENZLER

                  Debtor

Case No.: _____19-31299_____

Judge: _____CMG_____

Chapter: _____13_____

---

Recommended Local Form:    ☑ Followed    ☐ Modified

---

### ORDER AUTHORIZING
### RETENTION OF  Pittenger Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: January 27, 2020**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:                Richard Denzler _____

Case No.:             19-31299 _____

Applicant:            Richard Denzler _____

(check all that apply) ☐   Trustee:   ☐   Chap. 7         ☐   Chap. 11         ☐   Chap. 13.

                      ☑   Debtor:   ☐   Chap. 11         ☑   Chap. 13

                      ☐   Official Committee of _____

Name of Professional:       Pittenger Realty _____

Address of Professional:    2240 Route 33, Suite 111 _____

                            Neptune, NJ 07753 _____

                            _____

                            _____

            ☐   Attorney for (check all that apply):

                    ☐   Trustee   ☐   Debtor-in-Possession

                    ☐   Official Committee of _____

            ☐   Accountant for:

                    ☐   Trustee   ☐   Debtor-in-Possession

                    ☐   Official Committee of _____

            ☑   Other Professional:

                    ☑   Realtor   ☐   Appraiser   ☐   Special Counsel   ☐   Auctioneer

                    ☐   Other (specify): _____

―――――――――――――――――――――――――――――――――――――――――

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-31299-CMG
Richard Otto Denzler                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Jan 27, 2020
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Richard Otto Denzler,    123 Evergreen Avenue,    Neptune, NJ 07753-6372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Et Al... dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Richard Otto Denzler courtdocs@oliverandlegg.com,
          R59915@notify.bestcase.com
                                                                                          TOTAL: 4